Approved.
/s/ Benita Y. Pearson on 9/30/2015
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor in interest to National City Band, | ) ) ) | CASE NO. 1:14-cv-01585 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| vs. | ) ) ) | |
| STACK CONTAINER LOGISTICS LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PNC BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS
AMENDED COMPLAINT [DKT. NO. 23]**

Now comes Plaintiff, PNC Bank, National Association ("PNC") and requests that this Court dismiss its Amended Complaint in Foreclosure [Dkt. No. 23] (the "Complaint") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Eric Silver, the court appointed receiver, sold, with this Court's approval, the real property subject to PNC's mortgage and judgment liens and the Complaint. PNC, in accordance with the orders issued by this Court, received the net proceeds from the sale. Consequently, the relief sought by PNC in the Complaint is moot and PNC respectfully requests that this Court dismiss the Complaint without prejudice.